# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 310      Date: 5/12/2023    Time: 11:00 a.m.

Defendant: Daniel Bert(J)    J#: _____    Case #: 23-6214-AOV

AUSA: Marc Anton  Tom Lanigan; Marc Anton    Attorney: Jan Smith, AFPD

Violation: Pretrial Release Violation

Proceeding: Initial Appearance-Rule 40/5 Removal    CJA Appt: _____

Bond/PTD Held: ○ Yes  ○ No    Recommended Bond: Detention

Bond Set at: _____    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition: Defendant present. Advised of Rights and charges. The Court appoints AFPD for the purposes of Removal only. Defendant states he has Retained private counsel in MO. Defendant request time to contact Retained counsel. Case Reset.

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel: _____

PTD/Bond Hearing: 5-16-2023 @ 11 a.m. FTL Duty

Prelim/Arraign or Removal: 5-16-2023 @ 11am FTL Duty

Status Conference RE: _____

D.A.R. 12:46:53 (Rights); 12:53:59    Time in Court: 15 mins

5

CHECK IF APPLICABLE: _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..